UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:19-cr-14 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| JOSHUA'A RAMELLE VAUGHN and ) | |
| SEAN DORIAN SHINN ) | |

**O R D E R**

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Susan K. Lee, recommending the Court deny Defendants' motion to suppress the evidence discovered in the July 12, 2018, search of Defendant Vaughn's apartment. (Doc. 53.) Defendants have objected to the R&R (Doc. 54), and the United States has filed a response opposing the objection (Doc. 55). For the reasons set out in the accompanying memorandum, the Court **OVERRULES** Defendants' objections (Doc. 54), **ACCEPTS** the R&R (Doc. 53) and **DENIES** Defendants' motion to suppress (Doc. 25).

    **SO ORDERED.**

    **ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**